≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of __Massachusetts__

Harry N. May, Jr.

V.

Lucent Technologies, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **05  10177 NMG**

TO: (Name and address of Defendant)

Lucent Technologies, Inc.
1600 Osgood Street
North Andover, MA  01845

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Nicholas J. Scobbo, Jr.
Lynn Peterson Read
Ferriter Scobbo & Rodophele, PC
125 High Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                                1/25/2005

CLERK                                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE May 26, 2005 |
| NAME OF SERVER (PRINT) Lynn Peterson Read | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail, Return Receipt Requested, pursuant to Fed. R. Civ. P. 4(h)(1) and 4(e)(1), and Mass. R. Civ.P. 4(e)(3). Affidavit of Service and return receipt card is attached.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 3, 2005    *[signature]*
              Date                 Signature of Server

Ferriter Scobbo & Rodophele, PC
125 High Street
Boston, MA 02110
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRY N. MAY, JR.<br><br>Complainant,<br><br>v.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>Respondent. | CIVIL ACTION NO. 05 CV 10177 NMG |

### AFFIDAVIT OF SERVICE

I, Lynn Peterson Read, state as follow:

1. I am an attorney associated with the law firm of Ferriter Scobbo & Rodophele, PC and am one of the attorneys representing the plaintiff Harry N. May, Jr. in this action.

2. On May 26, 2005, I served the Complaint in this matter upon the defendant, Lucent Technologies, Inc. pursuant to Federal Rule of Civil Procedure 4(h)(l) and 4(e)(l) and Massachusetts Rule of Civil Procedure 4(e)(3), by mailing a copy of the Summons and Complaint by Certified Mail, Return Receipt Requested, to Lucent Technologies, Inc., at 600 – 700 Mountain Avenue, Room 3 SC-515, Murray Hill, New Jersey 07962.

3. The signed, original certified-mail return receipt is attached hereto.

Signed under the pains and penalties of perjury this 3rd day of June, 2005.

_____
Lynn Peterson Read

## CERTIFICATE OF SERVICE

I, Lynn Peterson Read, hereby certify that I have this 3rd day of June, 2005, served a true copy of the above Affidavit of Service upon Lucent Technologies, Inc., 600-700 Mountain Avenue, Room 3 SC-515, Murray Hill, NJ 07974, by first class mail, postage prepaid.

Lynn Peterson Read

Dated: June 3, 2005