UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------X

HARRY N. MAY, JR.

           Plaintiff,

   – against –

LUCENT TECHNOLOGIES, INC.,

           Defendant.

------------------------------------------------X

05 CV 10177 (NMG)

STIPULATION FOR
EXTENSION OF TIME TO
RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the time for Defendant Lucent Technologies, Inc. to answer, move, or otherwise respond to Plaintiff's Complaint shall be extended to and including July 15, 2005.

Dated: June 15, 2005

EPSTEIN BECKER & GREEN, P.C.

By: _____
Evan J. Spelfogel, Esq. (BBO No. 474440)
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant

FERRITER SCOBBO & RODOPHELE, PC

By: _____
Nicholas J. Scobbo, Jr. (BBO No. 448900)
Lynn Peterson Read (BBO No. 551671)
125 High Street
Boston, Massachusetts 02110
(617) 737-1800
Attorneys for Plaintiff

SO ORDERED:

_____
Honorable Judge Nathaniel M. Gorton
United States District Court Judge
District of Massachusetts

NY:579899v1