Evan J. Spelfogel, Esq. (BBO No. 474440)
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
Attorneys for Defendant
LUCENT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
HARRY N. MAY, JR.,

            Plaintiff,

    - against -

LUCENT TECHNOLOGIES, INC.,

            Defendant.
------------------------------------------------------------x

05 CV 10177 (NMG)

**Corporate Disclosure Statement**

        Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Lucent Technologies Inc. ("Lucent") hereby discloses that it has no parent corporation and that there are no publicly traded corporations which own ten percent or more of its stock.

Dated: New York, New York
       July 13, 2005

                                        EPSTEIN BECKER & GREEN, P.C.

                                        By: /s/ _____
                                             Evan J. Spelfogel (BBO No. 474440)
                                        250 Park Avenue
                                        New York, New York 10177-1211
                                        (212) 351-4500
                                        Attorneys for Defendant

To:

NY:630581v1