# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

EVAN J. SPELFOGEL
TEL: 212.351.4539
FAX: 212.878.8639
ESPELFOGEL@EBGLAW.COM

September 20, 2005

Craig Nicewicz
Deputy Clerk
United States District Court
for the District of Massachusetts
The John Joseph Moakley United States Courthouse
Courtroom 4 – Third Floor
1 Courthouse Way
Boston, MA 02210

Re: May v. Lucent Technologies, Inc.
Case No. 1:05-CV-1077

Dear Mr. Nicewicz:

This will confirm your telephone voice mails with Owen Wallace of my office concerning my request to re-schedule the Scheduling Conference previously set for October 6, 2005, moving it up one day to October 5, 2005, at 3:00 p.m. in courtroom 4 before Judge Nathaniel M. Gorton. I have spoken to Lynn Read, attorney for Plaintiff; she has no objection. Ms. Read and I both understand that due to the judge's schedule, the actual conference may not commence until sometime after 3:00 p.m., and possibly closer to 4:00 p.m. on the 5th.

Thank you very much for your courtesy and cooperation.

Sincerely,

Evan J. Spelfogel

EJS:sm
cc: Lynn Peterson Read, Esq.
   Ferriter Scobbo & Rodophele, P.C.
   125 High Street
   Boston, MA 02110

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

NY:747003v1    EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY