UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 SEP 30 A 9: 34
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| HARRY N. MAY, JR. | ) |
| Plaintiff, | ) |
| v. | ) 05-cv-10177-NMG |
| LUCENT TECHNOLOGIES, INC., | ) |
| Defendant. | ) |

### REPORT OF PARTIES' SCHEDULING MEETING

The plaintiff, Harry N. May, Jr., and the defendant, Lucent Technologies, Inc. ("Lucent"), by their attorneys, present the following report of the meeting of the parties held in preparation for the scheduling conference to be held on October 6, 2005, pursuant to Fed.R.Civ.P. 26(f) and L.R. D. Mass. 16.1 (B).

1. Scheduling Meeting: Pursuant to Fed.R.Civ.P. 26(f), meetings were held on September 15, 2005 and September 27, 2005, and were attended by attorneys Lynn Peterson Read and Nicholas J. Scobbo, Jr., for plaintiff Harry N. May, Jr. and by attorney Evan J. Spelfogel for defendant Lucent Technologies, Inc.

2. Pre-Discovery Disclosures: The parties will exchange the information required Fed.R.Civ.P. 26(a)(1) by October 18, 2005.

3. Discovery Plan: The parties jointly propose to the court the following discovery plan:

    a. All factual discovery except depositions to be completed by January 31, 2006.

    b. All factual non-expert depositions to be completed by March 31, 2006.

    c. Plaintiff to identify experts by April 14, 2006;

    d. Rule 26 disclosures from plaintiff's experts by May 31, 2006

  e  Defendant to identify experts by June 30, 2006;

  f.  Rule 26 disclosures from defendant's experts by July 28, 2006; and

  g  Supplementations under Rule 26(e) due August 31, 2006.

4. Joinder and Amendments: All parties shall be allowed until August, 2006 to join additional parties and shall be allowed until September 15, 2006 to amend the pleadings.

5. Dispositive Motions: All potentially dispositive motions should be filed by October 15, 2006.

6. Settlement: The parties are actively engaged in settlement discussions. If settlement cannot be reached by the parties, then settlement efforts may be enhanced by use of mediation as an alternative dispute resolution procedure.

7. Pre-Trial Conference: The parties request a pretrial conference in February, 2007.

8. Trial Schedule: The case should be ready for trial by March 12, 2007, and at that time is expected to take approximately three (3) full days. Final lists of witnesses and exhibits under Rule 26(a)(3) due from plaintiff by March 1, 2007, and from defendant by March 8, 2007.

         Respectfully submitted,
         **HARRY N. MAY, JR.**
         By his attorneys,

         _/s/ Lyn Peterson Read_
         Nicholas J. Scobbo, Jr., BBO No. 448900
         Lynn Peterson Read, BBO No. 551671
         FERRITER SCOBBO & RODOPHELE, PC
         125 High Street, 26th Floor
         Boston, MA 02110
         (617) 737-1800

3

LUCENT TECHNOLOGIES, INC.
By its attorneys,

*Evan J. Spelfogel /lpr*
Evan J. Spelfogel, Esq.
Epstein Becker & Green, PC
250 Park Avenue
New York, NY 10177-1211
(212) 351-4500

Dated: September 29, 2005

C:\Documents and Settings\LRead.FERRITERSCOBBO\Local Settings\Temporary Internet Files\OLK5\joint scheduling report.doc