UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRY N. MAY, Jr. <br><br> Plaintiff, <br><br> v. <br><br> LUCENT TECHNOLOGIES, INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No: 05-10177 (NMG) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(d)(3), the undersigned party and its counsel hereby certify that they have (i) considered the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 and (ii) discussed the nature and basis of the Plaintiff's claims and defenses as well as the budget for the costs of conducting the various courses and alternative courses of this litigation and the possible schedules attendant thereto.

Eric S. Rosen
Corporate Counsel
Lucent Technologies Inc.
600 Mountain Avenue, 3A-509
Murray Hill, New Jersey 07974
(908) 582-1871

Evan J. Spelfogel, BBO #474440
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
(212) 351-4500

Dated: October 10, 2005