UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT -7 P 2 13

U.S. DISTRICT COURT
DISTRICT OF MASS

HARRY N. MAY, JR. )
)
Plaintiff, )
)
v. ) Case No. 1:05-CV-1077-NMG
)
LUCENT TECHNOLOGIES, INC., )
Defendant. )
)

**PLAINTIFF'S CERTIFICATION OF BUDGET CONFERENCE**

Plaintiff, Harry N. May, Jr., and his attorneys, pursuant to Local Rule 16.1(D)(3), hereby certify that they have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Respectfully submitted,
**HARRY N. MAY, JR.**
By his attorneys,

*Nicholas J. Scobbo, Jr./lpr*

*Lynn P. Read*

Nicholas J. Scobbo, Jr. (BBO No. 448900)
Lynn Peterson Read (BBO No. 551671)
**FERRITER SCOBBO & RODOPHELE, PC**
125 High Street
Boston, MA 02110
(617) 737-1800

Plaintiff signs this Certification of Budget Conference under the pains penalties of perjury this 6th day of October, 2005.

_/s/ Harry N. May_
Harry N. May

Dated: October 6, 2005

### CERTIFICATE OF SERVICE

I, Lynn Peterson Read, hereby certify that I have this 6th day of October, 2005, served a true copy of the above document by first class mail, postage prepaid upon Evan J. Spelfogel, Epstein Becker & Green, PC, 250 Park Avenue, New York, NY 10177.

_/s/ Lynn Peterson Read_
Lynn Peterson Read