UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------- x

HARRY MAY,

                Plaintiff,

   – against –

LUCENT TECHNOLOGIES, INC.,

                Defendant.

------------------------------------------------- x

Civil Action No: 05-10177 (NMG)

(ECF FILING)

## DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER

Through the undersigned counsel, the parties move to modify the current Scheduling Order. Specifically, the parties are seeking a forty-five (45) day extension of time to serve discovery, which was scheduled for December 15, 2005.

This extension of time is being requested because the parties are actively engaged in settlement discussions at this time, have a mediation scheduled on January 10, 2006, and do not want to incur additional legal fees in litigating this matter further if there is a strong likelihood of settlement. This will not affect any other discovery deadlines.

This is the first request for a modification of this time limitation.

                                      EPSTEIN, BECKER & GREEN, PC

           By: _____
                                  Evan J. Spelfogel
                                  Robyn Ruderman (admitted pro hac vice)
                                  250 Park Avenue
                                  New York, NY  10017
                                  (212) 351-4500
                                  Attorneys for Plaintiff

Dated: December 23, 2005

NY:902189v1