# United States District Court
# District of Massachusetts

HARRY S. MAY, JR.,
        Plaintiffs,

v.                                                                              CIVIL ACTION NO. 2005-10177-NMG

M/V HORIZON'S EDGE,
        Defendant.

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION TO JUDGE

COLLINGS, U.S.M.J.

On January 10, 2006, I was scheduled to hold the following ADR proceeding:

\_\_\_\_\_ EARLY NEUTRAL EVALUATION    __X__ MEDIATION

\_\_\_\_\_ MINI-TRIAL    \_\_\_\_\_ SUMMARY JURY TRIAL

\_\_\_\_\_ SETTLEMENT CONFERENCE

[X]  The case SETTLED. You clerk should issue an order that the papers necessary to remove the case from the docket be filed within thirty (30) days.


<u>January 10, 2006</u>                            *Robert B. Collings*
   DATE                                      ROBERT B. COLLINGS
                                             United States Magistrate Judge

Copy to:    Judge Gorton
                Rebecca Tyler, Esquire
                Counsel for all parties.