UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Harry N. May, Jr.,
       Plaintiff

v.   Civil Action No. 05-10177-NMG

Lucent Technologies, Inc.,
       Defendant

SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised by counsel on 1/10/06 by ADR report that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz

1/10/06
Date

_____
Craig J. Nicewicz
Courtroom Clerk