■ Ferriter Scobbo & Rodophele PC ■

A T T O R N E Y S   A T   L A W

125 HIGH STREET, BOSTON, MASSACHUSETTS 02110
TEL: (617) 737-1800   FAX: (617) 737-1803

LYNN PETERSON READ
(617) 737-1800 Ext. 235
e-mail: lread@ferriterscobbo.com

February 10, 2006

**VIA E-FILING**

Mr. Craig Nicewicz, Courtroom Clerk
Ms. Elizabeth Sonnenberg, Docket Clerk
U. S. District Court for the District of Massachusetts
John Joseph Moakley U. S. Courthouse, Suite 2300
1 Courthouse Way
Boston, MA  022108

> **Re:    Harry N. May, Jr.  v. Lucent Technologies, Inc.**
> **C. A. No. 05 CV 10177 NMG**

Dear Mr. Nicewicz and Ms. Sonnenberg:

A Settlement Order of Dismissal entered in the above matter on January 10, 2006.  A copy is attached for your reference.

The parties are negotiating the final settlement, which has been delayed due to illness of Plaintiff's counsel and a death in Plaintiff's immediate family.  Therefore, the 30-day period referenced in the Settlement Order of Dismissal is due to expire today.

The Plaintiff, with the assent of counsel for the Defendant, requests that the court maintain the status quo in this action until the filing of the Settlement Agreement, which both parties anticipate will be accomplished by February 24, 2006.

I have now spoken with Ms. Sonnenberg and received a message from Mr. Nicewicz, and both of you have indicated this request will be granted.

Thank you for your attention to this matter.

Sincerely,

/s/

Lynn Peterson Read

LPR:km
Q:\NJS\17080001\general\court letter 2.doc