UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRY N. MAY, JR. )<br>)<br>Complainant, )<br>)<br>v. )<br>)<br>LUCENT TECHNOLOGIES, INC., )<br>)<br>Respondent. )<br>) | CIVIL ACTION NO. 05 CV 10177 NMG |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that the above action shall be dismissed with prejudice.

**LUCENT TECHNOLOGIES, INC.**
By its attorneys,

_____
Evan J. Spelfogel, Esq.
Robyn Ruderman, Esq.
Epstein Becker & Green, PC
250 Park Avenue
New York, NY 10177-1211
(212) 351-4500

**HARRY N. MAY, JR.**
By his attorneys,

_____
Nicholas J. Scobbo, Jr. (BBO No. 448900)
Lynn Peterson Read (BBO No. 551671)
Ferriter Scobbo & Rodophele, PC
125 High Street
Boston, MA 02011
(617) 737-1800

Dated: April 12, 2006

Q:\NJS\17080001\pleading\Stip of Dismissal.doc